UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CYNTHIA SEYMOUR, <br> on behalf of Minor, <br> M. SEYMOUR, <br><br> Plaintiff, <br><br> v <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 6:10-cv-1068-31GJK |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the Parties hereby jointly stipulate to the dismissal with prejudice of the above-captioned case. The parties will bear their own fees and costs.

Respectfully submitted,

/s/
DAVID P. SHELDON
Law Office of David P. Sheldon
512 Eighth Street, SE
Washington, D.C. 20003-2834
Phone: (202) 546-9575
Fax: (202) 546-0135
Lead Counsel

/s/
JAMES A. FRAZIER, JR.
Florida Bar No. 627321
Frazier Law Firm
272 W Warren Ave
Longwood, FL 32750
407/637-5890
Fax: 888/722-4106
Email: james.frazier@frazierfirm.com

Attorneys for Plaintiff

/s/
Ralph E. Hopkins
Assistant United States Attorney
Florida Bar No. 0972436
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: ralph.hopkins@usdoj.gov

Attorney for Defendant

**Certificate of Service**

      I hereby certify that on July 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send such notice of filing to the following:

Ralph E. Hopkins
Assistant United States Attorney
Florida Bar No. 0972436
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone: (407) 648-7500
Facsimile:  (407) 648-7588
Email:ralph.hopkins@usdoj.gov

                                              _____/S/_____
                                              David P. Sheldon